```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GILBERTO FARIA,                                                  :
                                                                 :
                          Plaintiff,                             :
                                                                 :      20-CV-1681 (JPC)
            -v-                                                  :
                                                                 :      ORDER
FORD MOTOR COMPANY,                                              :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The post-discovery conference scheduled for April 14, 2021 at 10:00 a.m. is adjourned *sine die*. By April 14, 2021, the parties shall submit a joint letter updating the Court on the status of this case, whether any party anticipates filing a post-discovery motion, and whether the parties would like a referral to the Honorable James L. Cott or the Mediation Program for settlement purposes.

      SO ORDERED.

Dated: April 6, 2021
       New York, New York

                                                            JOHN P. CRONAN
                                                  United States District Judge